IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Goldie Postelwait, | : | |
| Plaintiff | : | Civil Action 2:14-cv-00070 |
| v. | : | Judge Watson |
| Pfizer, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## Order

The parties' February 28, 2014 joint motion to stay proceedings (doc. 6) is GRANTED.

The Judicial Panel on Multidistrict Litigation recently created an MDL centralizing Lipitor actions in the District of South Carolina. February 18, 2014 Order, *In re: Lipitor (Atorvastatin Calcium) Marketing Salesparactices and Products Liability Litigation (No. II)*, MDL No. 2502. This case (*Goldie Postelwait v. Pfizer, Inc.*, 2:14-cv-0070) will be noticed as a Tag Along to the Judicial Panel on Multidistrict Litigation, and counsel anticipate that it will be transferred under 28 U.S.C. § 1407 to MDL 2502. No opposition to transfer is anticipated.

This action is STAYED. The Rule 16 conference noticed for March 13 at 10:00 a.m. is CANCELED. Should the Judicial Panel on Multidistrict Litigation decide not to transfer this case to the MDL, counsel are DIRECTED to file a joint status report within 14 days of that decision.

s/Mark R. Abel
United States Magistrate Judge
